# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIE MARIE FARMER,<br><br>Defendant. | CR 16-28-GF-BMM<br><br>ORDER |

Pending before the Court is the unopposed motion of the United States to appear telephonically for the hearing on the defendant's Motion for Early Termination of Supervision (Doc. 41).   For good cause shown,

IT IS ORDERED that counsel for the United States may appear by telephone at the motion hearing set for June 1, 2020.   The United States shall make arrangements with the Clerk of Court's office.

DATED this 29th day of May, 2020.

Brian Morris, Chief District Judge
United States District Court