THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE MARIE FARMER,<br><br>Defendant. | CR-16-28-GF-BMM<br><br>**ORDER** |

Defendant Christine Marie Farmer has moved for early termination of her current term of supervised release. (Doc. 41.) The Government opposes early termination of Farmer's supervised release. (*Id.* at 1-2.) The Court conducted a hearing on the motion on June 1, 2020. The Court determined that it would grant Farmer's motion if she could continue to comply with her supervised release conditions until August 11, 2020. The Court accordingly withheld issuing a final order. For the reasons below, the Court will grant Farmer's motion.

Farmer pleaded guilty to Conspiracy to Possess with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846(1). (Docs. 19 & 25.) The Court sentenced Farmer to 38 months imprisonment followed by three years of supervised release. (Docs. 32 & 34.) Farmer's supervised release commenced on December 11, 2018. Supervision is scheduled to expire on December 12, 2021.

Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year if the Court is satisfied that such

action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c) The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court determined at the hearing that it would grant Farmer's motion if no violations occurred by August 11, 2020. The record reflects that Farmer has complied with her supervision conditions. Farmer has demonstrated she is able to conform her conduct to the law. Farmer has changed her lifestyle to address the Court's obligations. Farmer does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 41) is **GRANTED**.

DATED this 11th day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court